# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PROVOST,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF SANGER,<br><br>            Defendant.<br>_____/ | CASE NO. 1:14-cv-01329-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff Henry Provost ("Plaintiff") filed a complaint on August 26, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

   Dated:   **November 3, 2014**                    **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

1